IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SWAMIJI SRI SELVAM SIDDHAR
also known as
Annamalai Annamalai
also known as
Commander Selvam,

   Plaintiff,

    v.

JACQUELINE H. REYNOLDS, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-1373-TWT

**ORDER**

This is a pro se prisoner civil rights action by a serial frivolous filer. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending that the action be dismissed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. The Plaintiff's Motion for Extension of time [Doc. 11] is DENIED.

SO ORDERED, this 7 day of July, 2016.

                  /s/Thomas W. Thrash
                  THOMAS W. THRASH, JR.
                  United States District Judge

T:\ORDERS\16\Siddhar\16cv1373\r&r.wpd